UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **JAMIE GILBERTO CORTES, III**         ) | |
|     PLAINTIFF,         ) | CASE #: 3:10-CV-517-HEH |
| ) | |
| v.         ) | |
| ) | |
| **CREDIT COLLECTION** ) | |
| **SERVICES, INC.**         ) | |
|     DEFENDANT         ) | |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please note the appearance of Joelle Gotwals, of the Law Office of Joelle Gotwals, as co-counsel of record for Plaintiff.

                  JAMIE GILBERTO CORTES, III

                  By: /s/Joelle Gotwals
                  Of Counsel
                  Joelle Gotwals, Esq. VSB#76779
                  Counsel for the plaintiff
                  Law Office of Joelle Gotwals
                  P.O. Box 11133
                  Manassas, VA 20113-0133
                  (571) 377-8538
                  (804)-673-4350 (fax)
                  Jgotwals@gmail.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 23nd Day of September, 2010, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Jason M. Krumbein, Esq.
Counsel for the plaintiff

and I hereby certify that I will mail the document by US Mail to the following non filing users:

NONE.

                                    By:_____/s/ Joelle Gotwals_____.
                                    Joelle Gotwals, Esq. VSB#76779
                                    Counsel for the Plaintiff
                                    Law Office of Joelle Gotwals
                                    P.O. Box 11133
                                    Manassas, VA 20113-0133
                                    (571) 377-8538
                                    (804)-673-4350 (fax)
                                    Jgotwals@gmail.com (e-mail)